UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

LUISA CALIXTO,

                            *Plaintiff,*

-against-

BALSAMO & ROSENBLATT, P.C., ROBERT ROSENBLATT, EDWARD HALL, SERENAY TAYSIN, 266 REALTY NY LLC, HEUNG SANG TAM and JUSTICE McALLISTER,

                            *Defendants.*

Civil Action No.
18-cv-04675-MKB-SMG

## CORPORATE DISCLOSURE STATEMENT
## FOR 266 REALTY NY LLC

Defendant 266 Realty NY LLC, by its undersigned counsel, for its corporate disclosure statement pursuant to Fed. R. Civ. P. 7.1, states the following:

266 Realty NY LLC has no parent corporation and no public corporation holds 10% or more of its equity.

Dated: New York, New York
         January 30, 2019

                                          ADAM LEITMAN BAILEY, P.C.
                                          *Counsel for 266 Realty NY LLC*

                                    By:   /s/ William J. Geller
                                           William J. Geller
                                           One Battery Park Plaza, 18th Floor
                                           New York, New York 10004
                                           212.825.0365
                                           wgeller@alblawfirm.com