# DESIDERIO, KAUFMAN & METZ, PC

## NEW YORK REAL ESTATE ATTORNEYS

JOHN M. DESIDERIO
JEFFREY R. METZ
JACKIE HALPERN WEINSTEIN[1]
ROSEMARY LIUZZO MOHAMED
CHRISTOPHER HALLIGAN
WILLIAM J. GELLER[1]

COURTNEY J. LERIAS
JOANNA C. PECK
RACHEL SIGMUND[1]
DANNY RAMRATTAN
MARIANNE SANCHEZ
ISRAEL KATZ[1]
[1] ALSO ADMITTED IN NEW JERSEY
[2] ALSO ADMITTED IN ENGLAND AND WALES
[3] ALSO ADMITTED IN ONTARIO

COLIN E. KAUFMAN
DOV TREIMAN
MASSIMO F. D'ANGELO[1]
ERIC S. ASKANASE[2]
THOMAS FURST[3]
CAROLYN Z. RUALO

SCOTT J. PASHMAN[1]
JAMIE SCHARE RAGER[1]
VLADIMIR MIRONENKO
ANDREW C. JORGES[1]
CARLY CLINTON[1]
OF COUNSEL
LEONARD H. RITZ

July 19, 2019

By Email and UPS Next Day:

Matthew Austin Schedler, Esq.
Melissa Koven, Esq.
Camba Legal Services
885 Flatbush Avenue, 2nd Floor
Brooklyn, NY 11226

Ahmad Keshavraz, Esq.
Emma Caterine, Esq.
Law Offices of Ahmad Keshavarz
16 Court Street, 26th Floor
Brooklyn, NY 11241

Kenneth Novikoff, Esq.
Rivkind Radler, LLP
926 RXR Plaza
Uniondale, NY 11556

Re:     *Calixto v. Balsamo & Rosenblatt, P.C., et al,* 18-cv-04675-MKB-SMG.

Dear Counsel:

We represent Defendants 266 Realty NY LLC, Heung Sang Tam, and Justice McAllister. In accordance with Judge Brodie's Individual Rule 3.D, we are serving you the enclosed Notice of Motion to Dismiss Plaintiff's First Amended Complaint, Declaration of William J. Geller with annexed exhibits, and Memorandum of Law.  As directed under Judge Brodie's rules, these papers will be filed at the conclusion of briefing.

Very truly yours,

/s/ William J. Geller

William J. Geller

Encl.
cc:  Hon. Margo K. Brodie (via ECF w/o Encls.)