UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUISA CALIXTO,<br><br>*Plaintiff,*<br><br>-against-<br><br>BALSAMO & ROSENBLATT, P.C., ROBERT ROSENBLATT, EDWARD HALL, SERENAY TAYSIN, 266 REALTY NY LLC, HEUNG SANG TAM, JUSTICE MCALLISTER, and A. BALSAMO & ROSENBLATT, P.C.<br><br>*Defendants.* | Case No. 18-cv-04675<br><br>(Hon. Margo K. Brodie) |

**NOTICE OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

PLEASE TAKE NOTICE that**,** upon the annexed Declaration of William J. Geller dated July 19, 2019, and the exhibits annexed thereto, the accompanying Memorandum of Law, and upon all papers and proceedings had herein, Defendants 266 REALTY NY LLC, HEUNG SANG TAM, and JUSTICE MCALLISTER (collectively, "Landlord") will move this Court before the Honorable Margo K. Brodie, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, pursuant to Fed. R. Civ. P. 12(b)(1) and (6) and 28 U.S.C. § 1367 for an Order dismissing all claims in Plaintiff's First Amended Complaint as to Landlord, and granting such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that, in accordance with this Court's Order entered June 19, 2019, any papers in opposition shall be submitted by August 30, 2019.

Dated: New York, New York
       July 19, 2019

                                         DESIDERIO, KAUFMAN & METZ, PC

                                         By: /s/ William J. Geller
                                             William J. Geller
                                         One Battery Park Plaza, 18th Floor
                                         New York, New York 10004
                                         wgeller@dkmlawyers.com
                                         (212) 825-0365
                                         *Attorneys for 266 Realty NY LLC,*
                                         *Heung Sang Tam & Justice McAllister*