# ADAM LEITMAN BAILEY, P.C.

### NEW YORK REAL ESTATE ATTORNEYS

| | |
|---|---|
| ADAM LEITMAN BAILEY[1] | COLIN E. KAUFMAN |
| JOHN M. DESIDERIO | DOV TREIMAN |
| JEFFREY R. METZ | MASSIMO F. D'ANGELO[1] |
| JACKIE HALPERN WEINSTEIN[1] | ERIC S. ASKANASE[2] |
| ROSEMARY LIUZZO MOHAMED | THOMAS FURST[3] |
| CHRISTOPHER HALLIGAN | CAROLYN Z. RUALO |
| WILLIAM J. GELLER[1] | |
| ___ | SCOTT J. PASHMAN[1] |
| COURTNEY J. LERIAS | VLADIMIR MIRONENKO |
| JOANNA C. PECK | ANDREW C. JORGES[1] |
| RACHEL SIGMUND[1] | CARLY CLINTON[1] |
| DANNY RAMRATTAN | JOSHUA FILSOOF |
| MARIANNE SANCHEZ | WILLIAM PEKARSKY[4] |
| ISRAEL KATZ[1] | **OF COUNSEL** |
| **[1] ALSO ADMITTED IN NEW JERSEY** | LEONARD H. RITZ |
| **[2] ALSO ADMITTED IN ENGLAND AND WALES** | |
| **[3] ALSO ADMITTED IN ONTARIO** | **[4] NEW YORK ADMISSION PENDING** |

October 2, 2019

By UPS Next Day and ECF Filing (w/o encl.)
Hon. Margo K. Brodie
U.S District Court, E.D.N.Y.
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    Calixto v. Balsamo & Rosenblatt, P.C. et al., No. 18-cv-04675-MKB-SMG

Dear Judge Brodie:

    We represent Defendants 266 Realty NY LLC, Heung Sang Tam, and Justice McAllister (collectively, the "Landlord"), and in accordance with Your Honor's individual rules, submit the enclosed courtesy copies of the following papers in connection with the Landlord's Motion to Dismiss the First Amended Complaint (the "Motion"), all of which have been electronically filed on the ECF system:

1. Landlord's Notice of Motion (ECF 81) and Declaration of William J. Geller in Support of the Motion, with Exhibits A to D (ECF 82).

2. Landlord's Memorandum of Law in Support of the Motion (ECF 83).

3. Plaintiff's Declaration of Ahmad Keshavarz in Opposition to the Motion, with Exhibits A to G (ECF 86).

4. Plaintiff's Memorandum of Law in Opposition to the Motion (ECF 87).

5. Landlord's Reply Memorandum of Law in Further Support of the Motion (ECF 84).

We thank the Court for its consideration.

Respectfully,

/s/ William J. Geller

William J. Geller

Encl.

cc: Hon. Steven M. Gold (by UPS Next Day, w/o encl.)
    Matthew A. Schedler, Esq. (by e-mail and ECF, w/o encl.)
    Melissa Koven, Esq. (by e-mail and ECF, w/o encl.)
    Ahmad Keshavarz, Esq. (by e-mail and ECF, w/o encl.)
    Kenneth A. Novikoff, Esq. (by e-mail and ECF, w/o encl.)