

**KENNETH A. NOVIKOFF**
PARTNER
(516) 357-3110
ken.novikoff@rivkin.com

October 15, 2020

**VIA ECF**
Honorable Judge Steven M. Gold
United States District Court - Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: *Luisa Calixto v. Balsamo & Rosenblatt, P.C., et. al.*
         Index No.: 18-cv-4675 (MKB)

Your Honor:

    The law firm of Rivkin Radler, LLP represents Balsamo & Rosenblatt, P.C., Robert Ronsenblatt, Edward Hall and Serenay Taysin, ("Defendants") in the above referenced action. Defendants respectfully request a two week extension of the court conference scheduled for October 21, 2020. Plaintiff's counsel consents.

    Counsel had a "meet and confer" today concerning the scope of discovery. Additionally, counsel had a serious discussion concerning possible settlement of this action.

    Each side agreed that further discussions with our respective clients are needed. To this end, counsel have scheduled another meet and confer for October 21, 2020 at 1 pm. For this reason, counsel believe it would be beneficial to adjourn the conference for a period of two weeks.

                                            Respectfully submitted,

                                            RIVKIN RADLER LLP

                                            *Kenneth A. Novikoff*

                                            Kenneth A. Novikoff (KAN-0350)

KAN/sme