**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
**LUISA CALIXTO**
**Plaintiff,**

                                         **Case No.: 1:18-cv-04675-MKB-SMG**

                **-against-**

**BALSAMO & ROSENBLATT, P.C.**
**ROBERT ROSENBLATT, EDWARD HALL,**
**SERENAY TAYSIN, 266 REALTY NY LLC,**
**HEUNG SANG TAM, JUSTICE MCALLISTER,**
**And A. BALSAMO & ROSENBLATT, P.C.**

                            **Defendants.**
             ------------------------------------------------------------------X

### AGREED ORDER OF DISMISSAL

Plaintiff, LUISA CALIXTO, hereby voluntarily dismisses this action against Defendants

BALSAMO & ROSENBLATT, P.C., ROBERT ROSENBLATT, EDWARD HALL,

SERENAY TAYSIN, and A. BALSAMO & ROSENBLATT, P.C., with prejudice, as to her

claims under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq*; and without

prejudice as to her claims under N.Y. Jud. Law § 487, and for negligence *per se* and gross

negligence.

The Court retains jurisdiction to enforce the terms of the settlement between said parties.

An executed faxed or scanned copy of this Agreed Order shall be deemed as a signed original.

**SO ORDERED this _____ day of _____, 2020.**

**_____**
**Hon. Margo K. Brodie**
**United States District Judge**

7

Dated: 11/4/2020

_(signature)_

Ahmad Keshavarz, Esq.
The Law Office of Ahmad Keshavarz
Attorney for Plaintiff

Dated:  11/3/20

_Kenneth A. Novikoff_

Ken Novikoff
Rivkin Radler LLP
Attorneys for Defendants