UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LUISA CALIXTO
Plaintiff,

Case No.: 1:18-cv-04675-MKB-SMG

-against-

BALSAMO & ROSENBLATT, P.C.
ROBERT ROSENBLATT, EDWARD HALL,
SERENAY TAYSIN, 266 REALTY NY LLC,
HEUNG SANG TAM, JUSTICE MCALLISTER,
And A. BALSAMO & ROSENBLATT, P.C.

**Defendants.**
-----------------------------------------------------------------X

## AGREED ORDER OF DISMISSAL

Plaintiff, LUISA CALIXTO, hereby voluntarily dismisses this action against Defendants BALSAMO & ROSENBLATT, P.C., ROBERT ROSENBLATT, EDWARD HALL, SERENAY TAYSIN, and A. BALSAMO & ROSENBLATT, P.C., with prejudice, as to her claims under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq*; and without prejudice as to her claims under N.Y. Jud. Law § 487, and for negligence *per se* and gross negligence.

The Court retains jurisdiction to enforce the terms of the settlement between said parties. An executed faxed or scanned copy of this Agreed Order shall be deemed as a signed original.

SO ORDERED:
s/ MKB 11/9/2020

_____

MARGO K. BRODIE
United States District Judge

Dated: 11/4/2020                              Dated:   11/3/20

_____                      _Kenneth A. Novikoff_____
Ahmad Keshavarz, Esq.                         Ken Novikoff
The Law Office of Ahmad Keshavarz             Rivkin Radler LLP
Attorney for Plaintiff                        Attorneys for Defendants